**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __4th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Ersy V Pulido** | JOINT DEBTOR: | | CASE NO.: | **16-26249** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-9661** | Last Four Digits of SS# | | Case Filed | 12/7/2016 |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

|   | A. | $ | **2,021.62** | for months | **1** | to | **5** | ; |
|---|---|---|---|---|---|---|---|---|
|   | B. | $ | **2,023.33** | for months | **6** | to | **8** | ; in order to pay the following creditors: |
|   |   |   | **1,452.99** |   | **9** |   | **60** |   |

| Administrative: | Attorney's Fee - | $ | 3,500.00 Plus MMM & MTV Fee for total of $6,850.00 | TOTAL PAID $ | 876.00 |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   | Balance Due | $ |   | 5,974.00 payable $ | 746.75 | /month | (Months | 1 to 8 ) |

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Chase Bank USA NA**

| Address: | 800 Brooksridge Blvd. Westerville, OH 43081 | Arrearage on Petition Date | $ | 5,000.00 |   |
|---|---|---|---|---|---|
|   |   | Arrears |   | 125.00 | (Months 9 to 60) |
|   |   | **Regular Payment** |   |   |   |
|   |   | Regular Payment per ECF |   | 1,064.60 | (Months 1 to 5) |
| Account No: | 0018730358 | 64 | $ | 1,074.24 /month | (Months 6 to 60) |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank Of America, NA 4060 Ogletown/Stanton Rd Newark, DE 19713 #74973442608054 | 9140 SW 142 Court Miami FL 33186 $ 187,000.00 | 0% | $ 0.00 | 1 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**Unsecured Creditors:** Pay $108.45/month (Months 9 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

100% Language The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

**SPECIAL INTENTIONS:**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/ Ersy V Pulido
**Ersy V Pulido**
Debtor

Date:  **6/22/2017**